1  ALEXANDER G. CALFO (SBN 152891)
   alexander.calfo@btlaw.com
2  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   gabrielle.anderson-thompson@btlaw.com
3  SARAH E. JOHNSTON (SBN 259504)
   sarah.johnston@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:    (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH &
8  DEVELOPMENT, LLC (formerly known and incorrectly
   named as "Johnson & Johnson Pharmaceutical Research &
9  Development, L.L.C."); JANSSEN PHARMACEUTICALS,
   INC. (formerly known and incorrectly named as "Ortho-
10 McNeil-Janssen Pharmaceuticals, Inc."); McKESSON
   CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE BEVERLY;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, inclusive<br><br>　　　　Defendants. | Case No.  3:14-CV-05246-VC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO CONTINUE HEARING ON**<br>**DEFENDANTS' MOTION TO TRANSFER**<br>**VENUE**<br><br>*[Assigned to Hon. Vince Chhabria]*<br><br>Complaint Filed:  November 26, 2014 |

///

///

///

///

3:14-CV-05246-VC

1    IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES
2    THAT:
3        1.   At a Case Management Conference on February 10, 2015 this Court set a hearing
4    on Defendants' Motion to Transfer Venue for April 2, 2015 at 10:00 a.m. in Dept. 17 of the
5    above-entitled Court, in the following cases:
6            a. *Karyn Joy Grossman v. Johnson & Johnson, et al.*, Case No. 3:14-CV-03557-
7               VC[1];
8            b. *Simon Lampard, et al. v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-
9               VC; and
10           c. *Geraldine Beverly v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05246-VC.
11       2.   Following the Case Management Conference, Defendants' counsel learned of a
12   conflict on April 2, 2015 which would prevent attendance at the hearing on April 2, 2015 (*see*
13   Declaration of Sarah E. Johnston at ¶ 3);
14       3.   The Parties agree that the Motion to Transfer Venue can be heard on April 9, 2015
15   at 10:00 a.m. in ~~Department 17~~ Courtroom 4 of the above-entitled Court, in accordance with Judge Chhabria's
16   civil law and motion rules;
17       4.   No other scheduling modifications have been issued on this Motion, either by
18   stipulation or by Court order.
19       IT IS SO STIPULATED.

Dated:   February 23, 2015                    **GOMEZ TRIAL ATTORNEYS**


                                              By: /s/ John Fiske
                                              John Fiske
                                              Attorneys for Plaintiff GERALDINE
                                              BEVERLY

---

[1] The instant Stipulation applies to the *Beverly* action, but identical Stipulations will be filed in all three actions.

- 1 -                                         3:14-CV-05246-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  February 23, 2015                    **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
    Alexander G. Calfo
    Gabrielle J. Anderson-Thompson
    Sarah E. Johnston
    Attorneys for Defendants
    JOHNSON & JOHNSON; JANSSEN
    RESEARCH & DEVELOPMENT, LLC;
    JANSSEN PHARMACEUTICALS, INC.;
    McKESSON CORPORATION

### Attestation Pursuant to Civil Local Rule 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on February 23, 2015 at Los Angeles, California .

/s/ Sarah E. Johnston
Sarah E. Johnston

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                    3:14-CV-05246-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE

[~~PROPOSED~~] ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Hearing on Defendants' Motion to Transfer Venue and accompanying Declaration of Sarah E. Johnston, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 25, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge